## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## DIVISION SHREVEPORT

## NOTICE OF MANUAL ATTACHMENT

**CASE# 05-1172**

**CALVIN ENGLISH**

    **VS.**

**BURL N CAIN**

**ATTACHMENTS TO:**

    **DESCRIPTION:**     **RESPONDENTS ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS**

    **FILED BY:**     **BURL N CAIN**

    **FILE DATE:**     **MAY 19, 2006**

    **ARE LOCATED IN THE CLERK'S OFFICE OF THE PRESIDING JUDGE**