U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 0 8 2006

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY
SHREVEPORT

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| Calvin English, PETITIONER | C-V. 05-1172 |
| | SEC. "P" |
| VERSUS | JUDGE HICKS |
| N. Burl Cain, Warden, RESPONDENT | MAGISTRATE HORNSBY |

## MOTION FOR APPEAL

MAY IT PLEASE THE COURT:

NOW INTO COURT comes, Calvin English, pro se, (hereinafter) Petitioner, respectfully asking this court for permission to Appeal the

Judgment dated November 21, 2006.

Petitioner is truely aggreived by this judgment, with permission to file; I will show the following:

(1)

Written Objections were on file in this court prior to this judgment;

(2)

Certified mail #7005 1820 0008 1356 1627 signed for by M. Thigpen on November 20, 2006;

(3)

Directly challenging the report and

recommendation issued by the Magistrate;

(4)

Federal jurisprudence mandated the rules for prisoner filing's by mail and control's sentences imposed upon multiple offender's...

Petitioner relies on the "MAIL BOX RULE" explained in <u>Houston v. Lack</u>, 487 U.S. 266, 108 S.Ct 2379, 101 L.Ed.2d 245 (1988).

Thus, to allow this appeal would not be outside the rules of law and this Motion should be Granted.

Done and signed this 1st day of December in the year of our Lord 2006.

Respectfully,
s/ Calvin English #360590
Calvin English #360590
Camp "C" wolf-3
La. State Penitentiary
Angola, La. 70712

A copy of the foregoing has been served upon the First Judicial District Court and the District Attorney for the same by U.S. mail postage pre paid. This 1st day of December 2006.

Respectfully Submitted
s/ Calvin English #360590
Calvin English #360590

-4-

Alvin English* 360590
Camp C Walnut-3
La State Prison
Angola, La 70712

DEC 06 2006

Clerk, United States District Co(urt)
Western District of Louisiana
U.S. Court House
300 Fannin St. Suite 1167
Shreveport, LA 71101-3083

Angola Prison Rodeo
Every Sunday In October



02 1A
0004315085          $ 00.63°
MAILED FROM ZIPCODE 70712   DEC 06 2006

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

## ORDER

IT IS HEREBY ORDERED Petitioners MOTION FOR APPEAL be <u>GRANTED</u>.

IT IS FURTHER ORDERED by this Court that the Clerk transfer all records and documents to the United States District Court EASTERN DISTRICT OF LOUISIANA within __ days as directed by law.

s/_____
**UNITED STATES DISTRICT JUDGE**

-5-