U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 12 2006

ROBERT H. SHEMWELL, CLERK
BY_____
                DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

**CALVIN ENGLISH**  
**VERSUS**  
**WARDEN, LA STATE PENITENTIARY**

**CIVIL ACTION NO. 5:05CV1172**  
**JUDGE HICKS**  
**MAGISTRATE JUDGE HORNSBY**

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

 The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Shreveport, Louisiana, this 12th day of December, 2006.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE